Gus Angelos et al., Copartners under the Name of The World Cafeteria, Respondents, *v.* William Mesevich, Individually and as President of the Cafeteria Employees Union, Local 302, Appellants.

Elias Tsakires et al., Copartners under the Name of The Cosmo Cafeteria, Respondents, *v.* William Mesevich, Individually and as President of Cafeteria Employees Union, Local 302, Appellants.

Submitted March 6, 1944; decided March 10, 1944.

*Louis B. Boudin* for motions.

*David L. Delman* opposed.

Reargument of appeal ordered upon the question of what, if any, further proceedings should be taken.